UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                          Case No. 2:17-cr-5-04
                                                                                            HON. PAUL L. MALONEY

Brandy Marie Rupright,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 10, 2017, for an initial appearance and arraignment on the Indictment charging her with five various drug counts. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with her attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2017